IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SCANNED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR. No. 05-047S |
| | : | |
| ANTHONY GOBBI | : | |

**GOVERNMENT'S MOTION FOR CONTINUANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and hereby requests that jury selection in the above-listed trial presently scheduled for August 31, 2005 be continued until the next trial calendar. In support of said motion, the government states that it has not completed the transcripts of the recorded conversations which the government expects to introduce into evidence. Furthermore, the undersigned Assistant United States Attorney has been involved in the preparation and presentation of the case entitled United States v. Sarria, CR05-022S, which is presently being tried before this Court. IN THE ALTERNATIVE, if a continuance is not convenient to this Court's calendar, the

government would request the actual trial be scheduled for mid-September with jury selection on August 31, 2005.

Respectfully submitted,

UNITED STATES OF AMERICA

United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

CERTIFICATION OF SERVICE

I hereby certify that on this 15th day of August, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Motion for Continuance, to the following:

John F. Cicilline, Esquire
Cicilline Law Offices
387 Atwells Avenue
Providence, RI 02909

William J. Murphy, Esquire
127 Dorrance Street - Penthouse Suite
Providence, Rhode Island 02903