IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-047S |
| vs. | ) | |
| | ) | |
| ANTHONY GOBBI | ) | |

**MOTION FOR AN EXTENSION OF TIME OF ONE DAY WITHIN WHICH TO COMPLY WITH PRETRIAL SCHEDULING ORDER**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and requests an extension of time until September 14, 2005, to comply with this Court's Order regarding recorded conversations for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on September 13, 2005, I shall hand-deliver, a copy of the within Motion For an Extension of Time of One Day Within Which to Comply with Pretrial Scheduling Order, along with its accompanying Memorandum, to the following:

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

James H Leavey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-047S |
| vs. | ) | |
| | ) | |
| ANTHONY GOBBI | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR AN EXTENSION OF TIME OF ONE DAY WITHIN WHICH TO COMPLY WITH PRETRIAL SCHEDULING ORDER**

This Court's Pretrial Scheduling Order required the government and defense counsel to provide the Court and opposing counsel transcripts of those portions of recorded conversations the party intends to introduce at trial on or before September 13, 2005. The government has approximately 15 recordings which it intends to introduce. Transcripts have been prepared; however, in approximately three recordings, the pertinent portions have not been segregated. The undersigned Assistant United States Attorney will hand-deliver to Mr. Cicilline on September 13, 2005, thirteen transcripts, as well as the segregated audio portions on all but two. The remaining two recordings will be redacted with the corresponding transcript by 4:30 p.m. on September 14, 2005. At that time, the government will also provide the Court with the transcripts and the chronologically arranged list required by the Pretrial Scheduling Order.

Estimated Length of Trial

The government expects its case-in-chief to last approximately four days.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on September 13, 2005, I shall hand-deliver, a copy of the within Motion For an Extension of Time of One Day Within Which to Comply with Pretrial Scheduling Order, along with its accompanying Memorandum, to the following:

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909