IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 05-047S
vs. )
)
ANTHONY GOBBI )

FILED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**MOTION FOR AN EXTENSION OF TIME OF ONE DAY WITHIN WHICH TO COMPLY WITH PRETRIAL SCHEDULING ORDER**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and requests an extension of time until September 14, 2005, to comply with this Court's Order regarding recorded conversations for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

GRANTED
William E. Smith
U.S. District Judge
9/14/05