**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR NO: 05-47 02S**

**ANTHONY GOBBI**

**DEFENDANTS OBJECTION**

Now comes the defendant in the above entitled cause and makes the following objections to the transcripts:

1.) January 15th, 2001 excludable under Rules 403 and 404 of the Rules of Evidence.

2.) January 22nd, 2201 the note on page 2 that the agent was to meet with Anthony Gobbi.

3.) January 23rd, 2001 the reference to Anthony Gobbi.

4.) January 25th, 2001 the failure to separate, by separate transcripts, the two distinct interceptions.

5.) January 31st, 2001 the reference on page 1 to "possibly meeting" the defendant.

6.) April 1st, 2001 the failure to separate by separate transcripts, the two distinct interceptions.

7.) August 22nd, 2001 the reference to the defendant on page 1.

Respectfully submitted
Anthony Gobbi
By his attorney

John F. Cicilline, Esq. (# 0433)
387 Atwells Ave
Providence, RI 02909
(401) 273-5600
FAX 454-5600

**CERTIFICATION**

I, the undersigned hereby certify that a true copy of the within was mailed this the 14th day of September, 2005 to U.S. Attorney, James H. Leavey, Esq. U.S. Attorneys Office, 50 Kennedy Plaza , 8th Floor, Providence, RI 02903.