IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. 05-047S |
| v. | ) | |
| | ) | |
| ANTHONY GOBBI | ) | |

**MOTION TO COMPEL TESTIMONY**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and James H. Leavey, Assistant United States Attorney, and hereby moves this Court to issue an order, pursuant to the provisions of 18 U.S.C. § 6001, et seq., compelling Robert Nardolillo to give testimony or provide other information which he is likely to refuse to give or provide on the basis of his privilege against self-incrimination, as to all matters about which he may be interrogated before the District Court for the District of Rhode Island in the case entitled, United States v. Anthony Gobbi, CR 05-047S, and respectfully alleges as follows:

1. The said Robert Nardolillo is likely to refuse to testify or provide other information on the basis of his privilege against self-incrimination before the United States District Court for the District of Rhode Island.

2. In the judgment of the United States Attorney for the District of Rhode Island, the testimony or other information of Robert Nardolillo concerning matters under inquiry is necessary to the public interest of the United States;

3. This application is made with the approval of the Honorable Alice S. Fisher, Assistant Attorney General of the Criminal Division, United States Department of Justice, pursuant to the authority vested in her by 18 U.S.C. §6003 and 28 C.F.R. 0.175(a). A copy of the letter from said Assistant Attorney General expressing such approval is attached hereto.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on October 6th, 2005, I served a copy of the within Motion to Compel Testimony, along with the proposed Order, by mailing same, postage prepaid, to:

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

William J. Murphy, Esquire
127 Dorrance Street - Penthouse Suite
Providence, RI 02903

**U.S. Department of Justice**

Criminal Division

*Office of the Assistant Attorney General* — *Washington, DC 20530-0001*

SEP 29 2005

The Honorable Robert Clark Corrente
United States Attorney
District of Rhode Island
Providence, Rhode Island 02903

Attention: James H. Leavey
Assistant United States Attorney

Re: United States v. Anthony Gobbi

Dear Mr. Corrente:

Pursuant to the authority vested in me by 18 U.S.C. 6003(b) and 28 C.F.R. 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Rhode Island for an order pursuant to 18 U.S.C. 6002-6003 requiring Robert Nardolillo to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Alice S. Fisher
Assistant Attorney General

**Joseph F. Bianco**
**Deputy Assistant Attorney General**
**Criminal Division**

10/04/2005 07:16 FAX 202 305 0562 DOJ CRIM OEO PSEU 003/003