IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 05-047S
:
ANTHONY GOBBI :

**GOVERNMENT'S RESPONSE TO DEFENDANTS MOTION FOR PRODUCTION**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and advises this Court that, for reasons not related to the Jencks Act, the government turned over to defense counsel the requested FBI 302s. I have been advised by Mr. John F. Cicilline that he is satisfied with the government's production and consequently, the issue is moot.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 6th day of October, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Response to Defendant's Motion for Production, to the following:

John F. Cicilline, Esquire
Cicilline Law Offices
387 Atwells Avenue
Providence, RI 02909

[signature]