AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Anthony Gobbi

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR05-47-02S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | James Leavey; Adi Goldstein | Sachdicillino, Esq. |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 10/11/05 - | Anne Clayton | Doreen Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/11/05 | | Full | Recording of 1/15/2001 |
| 1A | | | ID | | Transcript for Exh 1 |
| | | | | | W-1 Michael McGowan |
| 2 | | | | Full | Recording of January 23, 2001 |
| 2A | | | ID. | | Transcript of 1/23/2001 |
| 3 | | | | Full | Recording of 1/25/2001 |
| 3A | | | ID | | Transcript for Exhibit 3. |
| 4 | | | | Full | Recording of 3/15/2001 |
| 4A | | | ID | | Transcript for Exh #4 |
| 5 | | | | Full | Recording of 4/1/2001 |
| 5A | | | ID | | Transcript for Ex # 5 |
| 6 | | | | Full | Recording of 4/24/01 |
| 6A | | | ID | | Transcript of Exhibit 6 |
| 7 | | | | Full | Recording of 4/30/2001 |
| 7A | | | ID | | Transcript for Exh # 7 |
| 8 | | | | Full | Recording of 4/30/2001 |
| 8A | | | ID | | Transcript for # Ex 8 |
| 9 | | | | Full | Recording of 4/30/2001 |
| 9A | | | ID | | Transcript for Exh # 9 |
| 10 | | | | Full | Recording for April 30 - May 1, 2001 |
| 10A | | | ID | | Transcript for Exh # 10 |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

USA vs. Anthony Gobbi | DOCKET NO. CR05-47-02S

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 11 | | 10/11/05 | | Full | Recording for 5/1/2001 |
| 11A | | | ID | | Transcript for Exh #11 |
| 12 | | | | Full | Recording for 6/18/01 |
| 12A | | | ID | | TRANSCRIPT for 12 |
| 13 | | | | Full | Recording for August 21, 2001 |
| 13A | | | ID | | Transcript for Ex # 13 |
| 14 | | | | Full | Recording for 8/21/01 |
| 14A | | | ID | | Transcript for Exh # 14 |
| 15 | | | | Full | Recording for 8/22/01 |
| 15A | | | ID | | Transcript for Exh # 15 |
| 16 | | | | Full | Recording for 8/22/01 |
| 16A | | | ID | | Transcript for Exh # 16 |
| | | | | | |
| 20 | | 10/11/05 | | Full | Certification of Business Records |
| | | | | | |
| | | | | | W-2 Clifford Falla |
| 17 | | | ~~ID~~ | Full | Plea agreement (Clifford Falla) |
| 21 | | | ~~ID~~ | Full | Photograph of Hotel (Marriott) |
| 25 | | | ~~ID~~ | Full | Photograph of Barn |
| 23 | | | ID | Full | Photograph of Crown Plaza Hotel |
| | A | | ID | | |
| | | | | | |
| | | 10/12/05 | | | ~~Day 2 Jury trial [illegible]~~ |
| | | | | | W-3 Christopher Chapman |
| | | | | | W-4 Kevin Hawkins |
| | 28 | 10/12/05 | ID | | Report dated 4/30/01 |

AO 187A (4/82)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| VS. | DOCKET NO. |
|---|---|
| | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | B | 10/12/05 | ID. | Full | FBI Memo dated 8/27/01 |
| | | | | | W-5 Eduardo Dominguez |
| 27 | | 10/12/05 | | Full | State of NH – Division of Motor Vehicles |
| | C | 10/12/05 | | Full | FBI report dated 8/30/01 |
| | ~~D~~ | ~~10/12/05~~ | | ~~Full~~ | ~~FBI report dated 8/27/01~~ (WITHDRAWN) |
| | E | 10/12/05 | | Full | FBI report dated 5/9/01 |
| | | | | | W-6 Anthony Sobbi |
| 29 | | | ID | | (WITHDRAWN) |
| | | | | | Day 3 Jury trial 10/13/05 |
| | | | | | W-7 John Mulvaney |