UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ANTHONY GOBBI,<br>Defendant. | CR No. 05-047-S |

JURY VERDICT FORM

1. As to Count I of the Indictment (conspiring to distribute and to possess with intent to distribute more than 5 kilograms of cocaine) we the jury find the Defendant, Anthony Gobbi:

X ________ GUILTY

________ NOT GUILTY

2. As to Count II of the Indictment (on or about April 30, 2001, attempting to possess with intent to distribute more than 5 kilograms of cocaine), we the jury find the Defendant, Anthony Gobbi:

X ________ GUILTY

________ NOT GUILTY

3. As to Count III of the Indictment (on or about April 30, 2001, possessing a firearm in furtherance of a drug trafficking offense), we the jury find the Defendant, Anthony Gobbi:

________ GUILTY

X NOT GUILTY

4. As to Count IV of the Indictment (on or about August 22, 2001, attempting to possess with intent to distribute more than 5 kilograms of cocaine), we the jury find the Defendant, Anthony Gobbi:

________ GUILTY

X NOT GUILTY

5. As to Count V of the Indictment (on or about August 22, 2001, possessing a firearm in furtherance of a drug trafficking offense), we the jury find the Defendant, Anthony Gobbi:

________ GUILTY

X NOT GUILTY

Date: Oct 14th 2005

Signature of Foreperson: ________