On April 30, 2001 the undersigned detective was assigned to conduct a surveillance with Special Agent George Rosenberg a member of the Federal Bureau of Investigations along with other members of the Rhode Island State Police and Members of the federal Bureau of Investigations at the Providence Marriott, located at One Orms Street Providence, Rhode Island. The purpose of this surveillance was an undercover operation being conducted by the Federal Bureau of Investigations involving the protection of illegal narcotics by undercover agents and unidentified individuals.

This detective and special Agent Rosenberg maintained a surveillance position located near entrance B of the Providence Marriott. At approximately 7:00 PM (check times) this detective and Agent Rosenberg observed three individuals walking from the West Side of the providence Marriott. This detective describes the first individual as having dark black hair wearing a red jacket and two younger individuals walking infront of this subject. One of the two younger individuals was carrying a white shirt in his hand; all three subjects then entered the Marriott through entrance B. These two younger individuals were tentatively identified as 1. Robert Nardollillo Jr. DOB: (CHECK DOB). Robert Nardollilo Jr. is the son of Robert Nardollilo, Sr. DOB (Check DOB) Robert Nardollilo Sr. is a close associate of Matthew Guglieametti. 2. Larry Labbida Jr. DOB: (check DOB). Larry Labbadia Jr is the son of Lawrence Labbadia DOB: of 12 Conifer Drive North Providence, Rhode Island. Lawrence Labbadia is the Owner of Hook Line and Sinker Fish store and has close ties to The Patriarca Organized Crime Family specifically Rocco Argenti, who through informant information is a made member of the Patriarca Organized Crime Family.

On April 30, 2001, at aprox. (Check time) Agent Rosenberg and this det. observed a black Cadillac bearing NH temp. Registration in the shell gas station parking lot across the street from entrance B of the Providence Marriott. This det. Observed three individuals in this vehicle and this detective positively identified the operator as Anthony Gobbi DOB: (check DOB) of (address). Mr. Gobbi has been surveilled on numerous occasions by members of the Rhode Island State Police and the FBI; Mr. Gobbi is close associate of Robert "Bobby" Nardollilo and Matthew Gugliemetti. The other two subjects in the vehicle were the two subjects that entered the hotel with the unidentified older male subject. They were tentatively identified as Larry Labbadia, Jr. and Robert Nardollilo, Jr. These subjects appeared to be conducting a counter surveillance of the hotel. After aprox one hour these subjects leave the parking lot and secure from the area.

At aprox 1;15 AM this detective. And Agent Rosenberg were advised by members of the interior surveillance team that the unknown male would be leaving the hotel. This det. And Agent Rosenberg observed this subject walk to the trunk of a vehicle described as (describe vehicle). This det. And agent Rosenberg observed this subject place something into the trunk and then enter this vehicle bearing New Hampshire registration. This registration plate was then checked through the registry of motor vehicles and it was listed to Clifford Falla DOB: of . This detective was familiar with Falla and knows him to be a close associate of Matthew Guglieamttti , Robert

Nardollio and Anthony Gobbi. This det. observed three of these individuals at the wake of Matthew Gugliematti's father on (date of wake)