**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **CR NO.: 05-047 S**

**ANTHONY GOBBI**

# MOTION TO BE ADMITTED TO BAIL

Now comes the Defendant in the above-entitled cause and moves that he be admitted to bail.

Respectfully submitted,
Anthony Gobbi,
By his Attorney,

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600

## CERTIFICATION

I, the undersigned hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 19 day of October, 2005.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V. CR NO.: 05-047 S**

**ANTHONY GOBBI**

**MEMORANDUM IN SUPPORT OF MOTION TO BE ADMITTED TO BAIL**

The defendant was charged in five counts of the indictment. Two of those charges involved five year consecutive sentences. His circumstances have changed since the pre trial determination was made that bail in some amount, would insure his appearance for trial. He does not face three of the charges and his jail exposure is far less than it was.

The defendant has filed a Motion for New Trial and will appeal any judgment of conviction that may be entered.

He therefore requests that this Honorable Court set bail in an amount which he can furnish.

Respectfully submitted,
Anthony Gobbi,
By his Attorney,

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600

## CERTIFICATION

I, the undersigned hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., to the U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 19 day of October, 2005.