IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 05-047S
vs. )
)
ANTHONY GOBBI )

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO BE ADMITTED TO BAIL**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and objects to Defendant's Motion to be Admitted to Bail for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

## CERTIFICATION OF SERVICE

I hereby certify that on this 25th day of October, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Objection to Defendant's Motion to be Admitted to Bail, along with its accompanying Memorandum, to the following:

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

[signature]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-047S |
| vs. | ) | |
| | ) | |
| ANTHONY GOBBI | ) | |

**MEMORANDUM IN SUPPORT OF GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO BE ADMITTED TO BAIL**

Defendant claims that bail should be set in that he was only convicted of two of five charges. While it is true that the defendant is facing a lesser sentence as a result of those acquittals, he is still facing substantial imprisonment with a minimum, mandatory sentence of ten years. His offense level under the sentencing guidelines including possession of a firearm by his co-conspirator, his inability to receive the "safety valve", and an enhancement for perjurious testimony may push that sentence far higher.

In any case, Congress has determined that individuals convicted either of an offense for which the maximum sentence is life imprisonment or a maximum term of ten years or more under the Controlled Substances Act (both of which apply in the instant case) mandates detention unless (A)(1) the court finds that there is a substantial likelihood that it will grant the defendant's motion for a new trial or (2) a government attorney has recommended a less than jail sentence and (B) the court finds by

clear and convincing evidence that the defendant is not likely to flee or pose a danger to the community. See 18 U.S.C. § 3143(a)(2). Since the latter two factors are inapplicable, defendant is only entitled to a consideration of bail if this Court finds a substantial likelihood that it will grant defendant's motion for a new trial. Since the government does not believe that to be the case, if the Court agrees, then Defendant's Motion to be Admitted to Bail must be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 25th day of October, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Objection to Defendant's Motion to be Admitted to Bail, along with its accompanying Memorandum, to the following:

John F. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903