IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 05-047S |
| | : | |
| ANTHONY GOBBI | : | |

**GOVERNMENT'S RESPONSE TO**
**DEFENSE COUNSEL'S MOTION TO WITHDRAW**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and advises the Court that it has no objection to John F. Cicilline's Motion to Withdraw as Counsel to above-named defendant so long as the defendant agrees, and another attorney, at defendant's expense, files a notice of appearance and assures the Court that he/she will be ready to handle all post-trial motions, sentencing, and any appeal.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 4th day of November, 2005, I served by first class mail, postage prepaid, a copy of the within Government's Response to Defense Counsel's Motion to Withdraw, to the following:

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909