UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | CR. No. 05-47S |
| Anthony Gobbi | ) | |

**ORDER**

Before the Court is Defendant's Motion for New Trial pursuant to Rule 33 of the Federal Criminal Code and Rules and the Government's Objection. After careful consideration Defendant's motion is DENIED.

ENTER:

Deputy Clerk

IT IS SO ORDERED.

William E. Smith
United States District Judge
Date: 11/10/05