UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA

V. CR NO.: 05-047 S

ANTHONY GOBBI

## MOTION TO BE ADMITTED TO BAIL

RECEIVED
NOV 04 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

Now comes the Defendant in the above-entitled cause and moves that he be admitted to bail.

Respectfully submitted,
Anthony Gobbi,
By his Attorney,

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation.
☑ for determination.
☐ ____________
William E. Smith, U.S. District Judge
Date 11/3/05

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600

## CERTIFICATION

I, the undersigned hereby certify that I cause to deliver a true copy of the within to James H. Leavey, A.U.S.A., U.S. Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 14 day of October, 2005.

DENIED. Detention is mandatory. Motion for new trial has been denied and government has not recommended that no sentence of imprisonment be imposed. 18 U.S.C. section 3143(a)(2).

DAVID L. MARTIN
United States Magistrate Judge
November 21, 2005