FILED
JAN 04 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 1:05CR-47-S-2
)
ANTHONY GOBBI )

# MOTION FOR CONTINUANCE OF SENTENCING

Now comes the defendant Anthony Gobbi, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter, currently scheduled for February 17, 2006, for an additional 30 days.

As grounds defense counsel submits that he only recently received the case file from Mr. Gobbi's previous attorney and is requesting the additional time to fully review and familiarize himself with the sentencing issues in this case. In addition, defense counsel is awaiting the transcripts in this case which have been ordered from the Court.

GRANTED
William E. Smith
U.S. District Judge
1/12/06

Respectfully submitted
Anthony Gobbi
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of this motion to James Leavey, Assistant United States Attorney; Office of the Probation Officer on the 4th day of January, 2006.