IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-047S |
| vs. | ) | |
| | ) | |
| ANTHONY GOBBI | ) | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and objects to Defendant's Motion For A Downward Departure for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

## CERTIFICATION OF SERVICE

I hereby certify that on this 4th day of April, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Objection to Defendant's Motion For A Downward Departure, along with its accompanying Memorandum, to the following:

Kevin Fitzgerald, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-047S |
| vs. | ) | |
| | ) | |
| ANTHONY GOBBI | ) | |

**MEMORANDUM IN SUPPORT OF GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR A DOWNWARD DEPARTURE**

Defendant bases his motion on what he perceives to be his limited, minor or minimal, role in the offenses for which he was convicted. The government disagrees with his interpretation of the Guidelines, as well as the evidence, and objects to the motion.

USSG § 3B1.2

Defendant is mistaken when he argues that a minor or minimal role can be the basis for a downward departure. If his role were such, he would be entitled to a 2, 3 or 4 deduction in the offense level, not a downward departure. The law he cites involves role in the offense, not a departure. See USSG § 5H1.7. (Role in the offense is not a basis for departure.) In fact, the defendant is fortunate he did not receive a 3 point increase for his supervisory role under § 3B1.1(b).

Defendant claims the hierarchy to be Guglielmetti, Nardolillo and then Falla and Gobbi. (Defendant's Memo p.1.) There are two problems with this assumption. There is no evidence to place Guglielmetti in this conspiracy. Second, the

evidence is clear that Falla worked for Gobbi. Falla stated that fact on April 30, 2001 in a recorded conversation inside the Marriott Hotel when he had no motive to lie. (Exh. 10, p.22.) Nardolillo stated to Special Agent McGowan that Gobbi was thinking of replacing Falla at the hotel room on April 30. (Exh.9, p.3.) Gobbi called the Marriott room four times to make sure everything was proceeding smoothly. (Exh. 10.) The government believes it is obvious that Gobbi recruited his nephew and Christopher Chapman. Nardolillo described the role of Gobbi, Falla, King and Chapman on May 1. (Exh. 11, pp. 2-3.) Furthermore, on the second drug protection detail which is included in the conspiracy count, it was the defendant who was given the key to the room and instructions by Nardolillo, not Falla. Finally, the scenario itself shows the hierarchy. If Guglielmetti was involved, he didn't even discuss it with Special Agent McGowan and was no where to be seen. Nardolillo went to Lincoln Park to establish an alibi. Gobbi stayed across the street and circled the hotel in his car. Falla took, by far, the greatest risk which shows that he was low man.

The government submits that defendant's motion for a downward departure must be denied.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 4th day of April, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Objection to Defendant's Motion For A Downward Departure, along with its accompanying Memorandum, to the following:

Kevin Fitzgerald, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02909

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903