UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 1:05CR-47-S-2 |
| | ) | |
| ANTHONY GOBBI | ) | |

**NOTICE OF APPEAL**

NOW COMES the defendant, Anthony Gobbi, and notices his appeal to the United States Court of Appeals for the First Circuit of his sentence imposed on April 7, 2006, and his conviction after trial on October 14, 2005.

Respectfully submitted
Anthony Gobbi
By his attorney,

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of this notice to James Leavey, Assistant United States Attorney on April 7, 2006.