05-00047
USDC-RIPR
J. Smith

# United States Court of Appeals
## For the First Circuit

No. 06-1643

# MANDATE

UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY GOBBI,

Defendant, Appellant.

2007 MAR -7 P 4: 19

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

**JUDGMENT**

Entered: December 28, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 3/7/07

[cc: Kevin J. Fitzgerald, AFPD, Judith H. Mizner, AFPD, James H. Leavey, AUSA, Donald Lockhart, AUSA, Adi Goldstein, AUSA]