USA
Plaintiff

VS: CR05-47S

ANTHONY GOBBI
Defendant

EXHIBIT RECEIPT

Government's exhibits 1 through 17, 20, 21, 23, 25, 27, 28, 1A, 2A through 16A

Kenneth P. Madden
Attorney AUSA

Wendy Dick
Deputy clerk